FILED

08 JAN 28 AM 10: 50

[stamp: U.S. District Court, Northern District of California]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Bloodsaw Theopric, et al.
  Plaintiff,

vs.

Woodford J.S.
Bell R.K.
Roberts S.
Melton D.
  Defendant.

CASE NO. CV 08 00649 JF

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Bloodsaw T., declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 1 -

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

*In the year of 2000 at San Quentin State Prison I had no pay number.*

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

   a. Business, Profession or self employment — Yes ___ No ___
   b. Income from stocks, bonds, or royalties? — Yes ✔ No ___
   c. Rent payments? — Yes ___ No ___
   d. Pensions, annuities, or life insurance payments? — Yes ___ No ___
   e. Federal or State welfare payments, Social Security or other government source? — Yes ___ No ___

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

*$20.00 from my brother on 8-9-07 Serial No. 11238771273*

3. Are you married? — Yes ___ No ✔

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4. a. List amount you contribute to your spouse's support: $ *N/A*

PRIS. APP. TO PROC. IN FORMA PAUPERIS — 2 —

    b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

    _____

    _____

5.  Do you own or are you buying a home?    Yes ____ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.  Do you own an automobile?    Yes ____ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes ____ No ____ If so, Total due: $_____

Monthly Payment: $_____

7.  Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $_____

Do you own any cash? Yes ____ No ✓ Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No ✓

_____

8.  What are your monthly expenses?

Rent: $ *N/A*                        Utilities: *N/A*

Food: $ *N/A*                        Clothing: *N/A*

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

N/A

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ✓ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

CV-00752-JF-550, C 07-4200-JF-550
U.S. Dist. Court, Northern Dist. of Calif.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

12-28-07                    T. Bloodsaw
DATE                        SIGNATURE OF APPLICANT

Case Number: _____

# CERTIFICATION OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Theopric Kent Bloodsaw  P20045</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>1.50</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>1.50</u>.      (20%= $0.30)

Dated: <u>1/10/08</u>                                      X _____
                                                                                Authorized officer of the institution



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 01-10-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

Case Number: _____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months
[prisoner name]
_____ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _____.

Dated: _____

_____
[Authorized officer of the institution]

```
REPORT ID: TS3030  .701                                        REPORT DATE: 01/07/08
                                                               PAGE NO:       1
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                               PELICAN BAY STATE PRISON
                             INMATE TRUST ACCOUNTING SYSTEM
                             INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: JUL. 01, 2007 THRU JAN. 07, 2008

ACCOUNT NUMBER  : P20045                      BED/CELL NUMBER: ASUE000000001L
ACCOUNT NAME    : BLOODSAW, THEOPRIC KENT         ACCOUNT TYPE: I
PRIVILEGE GROUP : D
                                TRUST ACCOUNT ACTIVITY
         TRAN
DATE     CODE   DESCRIPTION    COMMENT    CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE

07/01/2007      BEGINNING BALANCE                                                 0.00
08/09 *DD30  CASH DEPOSIT   0699 #027                   9.00                      9.00
08/13 *W215  FEDERAL FILIN  0731 8/09                              1.80           7.20
08/13  W512  LEGAL POSTAGE  0730                                   2.67           4.53
08/13  W512  LEGAL POSTAGE  0730                                   1.82           2.71
08/13  W512  LEGAL POSTAGE  0730                                   0.58           2.13
08/14  W513  MISC. CHARGES  0768                                   2.13           0.00


                        * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 05/13/02                         CASE NUMBER: YA053506
COUNTY CODE:    LA                               FINE AMOUNT: $     250.00

   DATE       TRANS.   DESCRIPTION                      TRANS. AMT.    BALANCE

07/01/2007    BEGINNING BALANCE                                        250.00
08/09/07      DR30     REST DED-CASH DEPOSIT            10.00-         240.00

   *  THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT  *
   *  IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.        *


                              TRUST ACCOUNT SUMMARY

 BEGINNING    TOTAL      TOTAL         CURRENT      HOLDS       TRANSACTIONS
 BALANCE      DEPOSITS   WITHDRAWALS   BALANCE      BALANCE     TO BE POSTED

   0.00        9.00         9.00         0.00        0.00          0.00
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 01-10-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
    TRUST OFFICE

CURRENT
AVAILABLE
BALANCE
----------
  0.00

U - SAVE - EM

Bloodsaw - P20045 - ASU-E1

To The

Trust Account Office