C08-649-JF
C08-1092-JF

To the U.S.D.C. Clerk of the Court I would like to bring this to your attention on 6-26-08 my Civil Rights Complaint 42 U.S.C. 1983 was mailed to the court by J. Evert, LTA not me. It was 225 pages stuffed into a 10X12 much to much of a small envelope for that many pages the law library C/o taped it up if it made it to the court you will understand what I'm saying. She refuses to give me a larger one so that my documents will fall out as you or the Judge will notice my CDC 1824s an 602s are out of place thats her doing also she is withholding my complaints or petitions not allowing an opportunity to put them back in the right place after codied or let me mail out my own mail. PBSP is corrupt thanks for understanding the letter is disposable.

RECEIVED
JUL - 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Thanks
Bloodsaw Theopric



Bloodsaw Theopric #P20045
PBSP, B8-113
P.O. Box 7500
Crescent City, CA. 95532

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

United States District Court
Northern District of Calif.
ATTN: Clerk
450 Golden Gate Ave.
San Francisco, CA 94102



PBSP INDIGENT ENVELOPES